IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-cr-00274-MC-11 |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO REDUCE SENTENCE |
| MISTIE DAWN COOPER, | |
| Defendant. | |

McShane, District Judge:

This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served, effective ten days after the entry of the amended judgment. The term of imprisonment shall be followed by a five-year term of supervised release, with the conditions previously set forth in the amended judgment and the following additional conditions: (1) the defendant must reside at and participate in the program of a residential reentry center for not more than 120 days, to be released

Page 1    ORDER GRANTING MOTION TO REDUCE SENTENCE

at the direction of the probation officer, and (2) upon release from the residential reentry center, the defendant shall remain on home confinement until July 9, 2022.

The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision. The amended judgment shall not become effective until ten days after it is entered on the docket.

Dated this 13th day of October, 2020.

s/Michael J. McShane  
Hon. Michael J. McShane  
United States District Court Judge